UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x

Norberto Vega, on behalf of himself and all others
similarly situated,

Civil Action No:
2:25-cv-3767

Plaintiff,

**SO ORDERED.  The Clerk is ordered to close the case.**

-v.-

Dated: September 29, 2025

Campmor, Inc.

*/s/ Jamel K. Semper*

Defendant,

**Hon. Jamel K. Semper**
**United States District Judge**

------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, that this action is dismissed

with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal

Rules of Civil Procedure.

**Dated:** September 25, 2025

| For Plaintiff  Norberto Vega | For Defendant Campmor, Inc. |
|---|---|
| *s/Rami Salim* | *s/Ryan T. Benson* |
| Rami Salim | Ryan T. Benson |
| Stein Saks, PLLC | O'Hagen Meyer LLC |
| One University Plaza | One East Wacker Drive Suite 3400 |
| Hackensack, NJ 07601 | Chicago, IL 60601 |
| Ph:  (201) 282-6500 | Ph:  (312) 422-6100 |
| rsalim@steinsakslegal.com | rbenson@ohagenmeyer.com |

1

|  |  |
|---|---|
|  |  |

## CERTIFICATE OF SERVICE

I certify that on September 25, 2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Rami Salim
Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*